IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVE MORRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:11-cv-783-WHA |
| | ) (WO) |
| ERIC HOLDER, as ATTORNEY GENERAL | ) |
| OF THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## Judgment

In accordance with the Memorandum Opinion and Order entered in this case on this day,

Final Judgment is entered in favor of the Defendant and against the Plaintiff and this case is dismissed with prejudice.

Costs are taxed against the Plaintiff.

Done this 10th day of August, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE